```
PATRICIA ANN CAMPI  (SBN 153480)
ATTORNEY AT LAW
Post Office Box 805
Roseville, California  95661
Telephone (916) 718-8006
```

Attorney for Defendant, APUN MAHAPATRA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>APUN MAHAPATRA.,<br><br>        Defendant. | Case No. 2:08-cr-237-EJG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; SUPPORTING DECLARATION OF PATRICIA ANN CAMPI, ESQ.; ORDER THEREON** |

TO THE ABOVE-ENTITLED HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The parties hereby stipulate and agree to continue the Status Conference set for July 25, 2008, to August 29, 2008 at 10:00 a.m. before the Honorable Edward J. Garcia.  Good cause for the continuance exists based on the facts stated in the attached Declaration of Patricia Ann Campi.  Defendant further agrees to waive time to said date pursuant to Local Code T4.

/ / /

1 | SO STIPULATED AND AGREED.

2 | DATED:  July 23, 2008               PATRICIA ANN CAMPI
                                         ATTORNEY AT LAW

3

4 |                                      /S/ Patricia Ann Campi*
                                  BY:   _____

5 |                                     PATRICIA ANN CAMPI
                                         Attorney for Defendant,
                                         APUN MAHAPATRA

6 |                                     *drafted by PAC, signed with her
                                         permission by BBW, 7/23/08

7

8

9 | DATED:  July 23, 2008               McGREGOR W. SCOTT
                                         United States Attorney

10

11 |                                     /S/ Benjamin Wagner
                                  BY:   _____

12 |                                    BENJAMIN B. WAGNER
                                         Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

## **DECLARATION OF PATRICIA ANN CAMPI**

I, Patricia Ann Campi, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, including this Honorable Court. I am the attorney of record for APUN MAHAPATRA, Defendant herein. The facts stated herein are of my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. On July 18, 2008, I received a draft of a proposed plea agreement from U.S. Attorney Benjamin Wagner in this matter. I reviewed the agreement and forwarded same to my client via e-mail as he was currently in Minnesota working and was not due to return until July 22, 2008, the day before the status conference currently set. I spoke to my client over the phone regarding the proposed agreement and due to concern over immigration consequences he would face if entered the proposed plea, we decided to consult with an immigration attorney first.

3. On July 21, 2008, I spoke to an immigration attorney about this case, and she agreed that due to the seriousness of the matter, my client should meet with her and discuss retaining her services. We therefore scheduled an appointment with the attorney for the afternoon of July 23, 2008, which was the first opportunity we had to meet.

4. Subsequent to speaking with my client and the immigration attorney, I called and spoke to U.S. Attorney Benjamin Wagner, wherein I advised him of our need for a continuance to the status conference. We discussed possible new dates and our respective calendar conflicts, ultimately agreed to continue this matter to August 29, 2008 subject to the Court's approval. Thereafter, on July 22, 2008, I e-mailed Colleen E. Lydon, Courtroom Deputy to the Honorable Edward J. Garcia, advising her of the parties' agreement and proposed stipulation.

1  / / /

2  I declare under penalty of perjury pursuant to the laws of the United States of America

3  that the foregoing is true and correct and that this declaration was executed this 23rd day of July

4  2008 at Auburn, California.

/S/ Patricia Ann Campi*

_____
PATRICIA ANN CAMPI
*drafted by PAC, signed with her permission
by BBW, 7/23/08

STIPULATION AND ORDER - 4

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the Court continues the Status Conference set for July 25, 2008 to August 29, 2008 at 10:00 a.m.

Dated:   July 24, 2008         /s/ Edward J. Garcia
                               HON. EDWARD J. GARCIA
                               UNITED STATES DISTRICT COURT JUDGE