PATRICIA ANN CAMPI  (SBN 153480)
ATTORNEY AT LAW
Post Office Box 805
Roseville, California  95661
Telephone (916) 718-8006

Attorney for Defendant, APUN MAHAPATRA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>APUN MAHAPATRA.,<br><br>　　　　Defendant. | Case No. 2:08-cr-237-EJG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; SUPPORTING DECLARATION OF PATRICIA ANN CAMPI, ESQ.; ORDER THEREON** |

TO THE ABOVE-ENTITLED HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　The parties hereby stipulate and agree to continue the Status Conference set for August 29, 2008 to September 12, 2008 at 10:00 a.m. before the Honorable Edward J. Garcia.  Good cause for the continuance exists based on the facts stated in the attached Declaration of Patricia Ann Campi.  Defendant further agrees to waive time to said date pursuant to Local Rule T4.

　　/ / /

SO STIPULATED AND AGREED.

DATED:  August 26, 2008					PATRICIA ANN CAMPI
								ATTORNEY AT LAW

								/s/ Patricia Ann Campi*
						BY:	_____
								PATRICIA ANN CAMPI
								Attorney for Defendant,
								APUN MAHAPATRA
								*signed with permission, 8/26/08

DATED: August 26, 2008					McGREGOR W. SCOTT
								United States Attorney

								 /s/ Benjamin Wagner
						BY:	_____
								BENJAMIN B. WAGNER
								Assistant U.S. Attorney
								Deputy County Counsel

## **DECLARATION OF PATRICIA ANN CAMPI**

I, Patricia Ann Campi, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, including this Honorable Court. I am the attorney of record for APUN MAHAPATRA, Defendant herein. The facts stated herein are of my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. Since receiving a draft of a proposed plea agreement from U.S. Attorney Benjamin Wagner, and continuing the status conference previously set in this matter, my client met with immigration attorney, Myrna Alvarez, on July 23, 2008, who was to research immigration consequences in connection with acceptance of the plea and conviction on the proposed charge. After speaking with Ms. Alvarez last week regarding her preliminary findings, I decided it was in my client's best interest to continue researching and consult with other attorneys regarding immigration consequences, possible defenses and mitigating circumstances applicable to this case before making a decision to accept the plea or take the matter to trial.

3. On August 25, 2008, I consulted and spoke to a clinical professor of psychiatry and behavioral sciences regarding my client and the circumstances of this case. In addition to his expertise in matters similar to this, he also has connections with immigration specialists who will be able to assist my client with the consequences of conviction on the proposed charge, whether it result from a plea or trial. Both my client and I are hopeful this matter can be resolved without resort to trial, however, additional time is needed to explore the avenues available to him.

4. On august 26, 2008, I spoke to U.S. Attorney Benjamin Wagner, wherein I advised him of our need for an additional continuance to the status conference. We agreed to a short continuance to September 12, 2008 subject to the Court's approval. I have therefore

prepared the instant Stipulation and Order thereon, and will e-mail Colleen E. Lydon, Courtroom Deputy to the Honorable Edward J. Garcia, advising her of the parties' agreement and proposed stipulation.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 26th day of August, 2008 at Auburn, California.

/s/ Patrician Ann Campi

_____
PATRICIA ANN CAMPI
*signed with permission, 8/26/08

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the Court continues the Status Conference set for August 29, 2008 to September 12, 2008 at 10:00 a.m.

Dated: August 27, 2008                    /s/ Edward J. Garcia

                                                              U.S. DISTRICT COURT JUDGE