PATRICIA ANN CAMPI  (SBN 153480)
ATTORNEY AT LAW
Post Office Box 805
Roseville, California  95661
Telephone (916) 718-8006

**FILED**

Attorney for Defendant, APUN MAHAPATRA

OCT ⋯ 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-237-EJG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE; SUPPORTING** |
| ) | **DECLARATION OF PATRICIA ANN** |
| APUN MAHAPATRA., ) | **CAMPI, ESQ.; ORDER THEREON** |
| ) | |
| Defendant. ) | |
| ) | $a|EJG$ |

TO THE ABOVE-ENTITLED HONORABLE COURT AND ALL INTERESTED

PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The parties hereby stipulate and agree to continue the Status Conference set for October

3, 2008 to October 10, 2008 at 10:00 a.m. before the Honorable Edward J. Garcia.  Good cause

for the continuance exists based on the facts stated in the attached Declaration of Patricia Ann

Campi.  Defendant further agrees to waive time to said date pursuant to Local Rule T4.

///

- 1 -

SO STIPULATED AND AGREED.

DATED: September 30, 2008                    PATRICIA ANN CAMPI
                                             ATTORNEY AT LAW

                                             /S/ Patricia Ann Campi*
BY:                                          _____
                                             PATRICIA ANN CAMPI
                                             Attorney for Defendant,
                                             APUN MAHAPATRA
                                             *Signed with permission, 9/30/08

DATED: October 2, 2008                       McGREGOR W. SCOTT
                                             United States Attorney

                                             /S/Benjamin Wagner
BY:                                          _____
                                             BENJAMIN B. WAGNER
                                             Assistant U.S. Attorney
                                             Deputy County Counsel

## DECLARATION OF PATRICIA ANN CAMPI

I, Patricia Ann Campi, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, including this Honorable Court. I am the attorney of record for APUN MAHAPATRA, Defendant herein. The facts stated herein are of my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. In early September 2008, subsequent to the filing of our last Stipulation for continuance of the Status Conference set on August 29, 2008, which was continued by the Court on its own motion to October 3, 2008, my client consulted with another immigration attorney, Anna Darbinian. In addition, my client interviewed with Dr. Michael J. Perotti, who conducted a forensic psychological evaluation for the dual purpose of preparing a statement in mitigation and exploring available defenses to the charges he is facing. Dr. Perotti finished his report yesterday and will be discussing his findings with both Ms. Darbinian and myself as we prepare a counter plea agreement for the U.S. Attorney's consideration.

4. I e-mailed U.S. Attorney Benjamin Wagner a message yesterday regarding the status of this matter, and based on the foregoing, advised him of our need for another brief continuance of the status conference now set for October 3, 2008. Mr. Wagner agreed to a continuance to October 10, 2008, subject to the Court's approval, to allow us to complete a counter plea proposal and properly evaluate the case for early resolution or trial setting. I have therefore prepared the instant Stipulation and Order thereon, and will e-mail Colleen E. Lydon, Courtroom Deputy to the Honorable Edward J. Garcia, advising her of the parties' agreement and proposed stipulation.

1    I declare under penalty of perjury pursuant to the laws of the United States of America

2    that the foregoing is true and correct and that this declaration was executed this 30th day of

3    September, 2008 at Auburn, California.

4                                    /S/ Patricia Ann Campi*

5                                    _____
                                     PATRICIA ANN CAMPI
6                                    *Signed with permission, 9/30/08

# ORDER

Pursuant to the parties' stipulation and for good cause shown, the Court continues the

Status Conference set for October 3, 2008 to October 10, 2008 at 10:00 a.m.

Dated:   10/2/08

HON. EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE

- 5 -