UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 9, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> APUN MAHAPATRA, ) <br> ) <br> Defendant. ) | Case No. 2:08CR00237-EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __APUN MAHAPATRA__ , Case No. __2:08CR00237-EJG__ , Charge __18USC § 1038(a)(10__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　__   Release on Personal Recognizance

　　__　__   Bail Posted in the Sum of $__

　　__✔__   Unsecured Appearance Bond

　　__　__   Appearance Bond with 10% Deposit

　　__　__   Appearance Bond with Surety

　　__　__   Corporate Surety Bail Bond

　　__✔__   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 9, 2009__ at __10:00 am__ .

By   /s/ Edward J. Garcia
　　　Edward J. Garcia
　　　United States District Judge

Copy 1 - U.S. Marshal