LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
APUN MAHAPATRA

**FILED**
Sep 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08-CR-00237-EJG |
| ) | |
| Plaintiff, ) | ORDER CONTINUING SENTENCING |
| ) | HERRING FROM SEPTEMBER 11, |
| vs. ) | 2009 TO SEPTEMBER 25, 2009 |
| ) | |
| APUN MAHAPATRA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

GOOD CAUSE APPEARING THEREFOR,

   IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned case, presently set for September 11, 2009 at 10:00 a.m. is hereby continued to September 25, 2009 at 10:00 a.m.

DATED: September 11, 2009                    _____
                                             HONORABLE EDWARD J. GARCIA.
                                             UNITED STATES DISTRICT JUDGE

1