ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
APUN MAHAPATRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APUN MAHAPATRA, ) <br> ) <br> Defendant. ) <br> ) | No. 2:08 CR-0237 EJG <br><br> STIPULATION REGARDING <br> RETURN OF PASSPORT AND <br> PERMISSION TO TRAVEL <br> TO INDIA & ORDER THEREON |

Defendant, APUN MAHAPATRA, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES, by and through its counsel of record, Assistant United States Attorney DANIEL S. McCONKIE, hereby stipulate as follows:

1. MR. MAHAPATRA requests to receive his passport back from Pretrial Services;

2. MR. MAHAPATRA is further requesting for permission from the Court to travel to India on March 14, 2010, and to return to the United States on March 20, 2010;

3. U.S. Probation has no objection to the return of MR. MAHAPATRA'S passport nor to his travel to India from March 14, 2010 and to his return to the U.S. on March 20, 2010;

4. The GOVERNMENT has no objection to the return of MR. MAHAPATRA'S passport nor to his travel to India from March 14, 2010, and to his return to the U.S. on March 20, 2010.

///

///

IT IS SO STIPULATED:

Dated: March 2, 2010               Respectfully Submitted,


                                   /s/ Robert M. Helfend
                                   ROBERT M. HELFEND
                                   Attorney for Defendant
                                   APUN MAHAPATRA


Dated: March 2, 2010               BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Daniel S. McConkie
                                   DANIEL S. McCONKIE
                                   ASSISTANT UNITED STATES ATTORNEY




                                   ORDER

IT IS HEREBY ORDERED that U.S. Pretrial Services return MR. MAHAPATRA'S passport and MR. MAHAPATRA is permitted to travel to India from March 14, 2010, and return to the U.S. on March 20, 2010.

IT IS SO ORDERED this 12th day of March, 2010.


                                    /s/ Edward J. Garcia
                                   HONORABLE EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE