ROBERT M. HELFEND, SBN. 113380
22631 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
APUN MAHAPATRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. APUN MAHAPATRA, Defendant. | No. 08-CR-0237-EJG<br><br>ORDER RE: WITHDRAWAL OF ATTORNEY AS ATTORNEY OF RECORD |

   IT IS HEREBY ORDERED that ROBERT M. HELFEND'S request to permit his Withdrawal as Attorney of Record, is GRANTED.

   IT IS SO ORDERED this 12th day of December 2011.

　　　　　　　　　　　　　　　　 /s/ Edward J. Garcia
　　　　　　　　　　　　　　　HONORABLE EDWARD J. GARCIA
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE